UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY R. FORD,

    Plaintiff,

v.                                    Case No. 3:13cv335/MCR/CJK

MARK NUCCI,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On November 15, 2013, the court entered an order requiring plaintiff to effectuate service upon the defendant. (Doc. 3). The Federal Rules of Civil Procedure require that the plaintiff properly serve a defendant within 120 days after the complaint is filed. FED. R. CIV. P. 4(m). The court directed that service be effectuated on November 15, 2013, and a summons was issued on that date. Over 120 days have passed and service against the defendant has still not been effectuated. After receiving no indication from plaintiff that service was effectuated on the defendant, on March 27, 2014, an order was issued requiring plaintiff to show cause, within fourteen days, why this case should not be dismissed. (Doc. 19). To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court and with the Federal Rules of Civil Procedure.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 15th day of April, 2014.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).