UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY R. FORD,

    Plaintiff,

v.                                        Case No. 3:13cv335/MCR/CJK

MARK NUCCI,

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 15, 2014 (doc. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly,

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and comply with Orders of the Court and with the Federal Rules of Civil Procedure.

    **DONE and ORDERED** this 14th day of May, 2014.

                              *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**